United States District Court
Southern District of Texas
**ENTERED**
June 01, 2026
Nathan Ochsner, Clerk

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| ALEXIS HUMBERTO MORIANO OSPINA, Petitioner, | § § § § § | CIVIL ACTION NUMBER 4:26-cv-02625 |
| versus | § § § | JUDGE CHARLES ESKRIDGE |
| PAMELA BONDI, *et al*, Respondents. | § § § | |

### ORDER ON DISMISSAL

Pending is an advisory by the Government stating that Petitioner was removed to Colombia on May 7, 2026. See Dkt 12. A warrant of removal signed by a deportation officer confirms this information. See Dkt 12-1 at 2.

The challenged detention having now concluded, no live claims remain in this action.

The petition for writ of *habeas corpus* by Petitioner Alexis Humberto Moriano Ospina is DENIED AS MOOT. Dkt 1.

The motions by the Government for leave to submit late filing and for summary judgment are DENIED AS MOOT. Dkts 8 & 9.

This action is DISMISSED WITHOUT PREJUDICE.

A final judgment will enter separately.

SO ORDERED.

Signed on ___June 01, 2026___, at Houston, Texas.

Honorable Charles Eskridge
United States District Judge